IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| 12291 CBW, LLC d/b/a TEMPTATIONS, | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 4:23-cv-00726-P |
| TARRANT COUNTY, TEXAS; TARRANT COUNTY COMMISSIONERS COURT, SEXUALLY ORIENTED BUSINESS BOARD, G.K. MAENIUS and TIM O'HARE, in his capacity as Tarrant County Judge, | § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, 12291 CBW, LLC d/b/a TEMPTATIONS ("Plaintiff") hereby gives notice that this action is voluntarily dismissed. Defendants TARRANT COUNTY, TEXAS, et al, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff hereby notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 2, 2023                    Respectfully Submitted,

                                              SHEILS WINNUBST
A Professional Corporation

By:    */s/ Latrice E. Andrews*
        T. Craig Sheils
        State Bar No. 18187350
        Latrice E. Andrews
        State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone: (972) 644-8181
Facsimile: (972) 644-8180
Email: craig@sheilswinnubst.com
Email: latrice@sheilswinnubst.com

AND

THE LAW OFFICE OF
ROGER ALBRIGHT, LLC

By:    */s/Roger E. Albright*
        Roger E. Albright
        State Bar No. 00974580

of Counsel to:
SheilsWinnubst, PC
1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone: 972-644-8181
Facsimile: 972-644-8180
E-mail: roger@sheilswinnubst.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

On the 2nd day of August, 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

*/s/ Latrice E. Andrews*
Latrice E. Andrews